IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| MUSA IKHARO, | : | Case No. 1:19-cv-256 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| C.T. SHANKS, *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER OVERRULING OBJECTION (Doc. 12), ADOPTING REPORT AND RECOMMENDATION (Doc. 11), AND DENYING AS MOOT MOTION TO CORRECT (Doc. 13)**

This action is before the Court on Plaintiff's Objection (Doc. 12) to Magistrate Judge Stephanie K. Bowman's Report and Recommendation (Doc. 11). Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Magistrate moved *sua sponte* to review the Plaintiff's Complaint (Doc. 10) to determine if it should be dismissed because it is frivolous, malicious, fails to state a claim upon which relief may be granted or seeks monetary relief from a defendant who is immune from such relief. (Doc. 11.) Upon said review, Magistrate Judge Bowman recommends that the Complaint should be dismissed with prejudice. Plaintiff objected to the Magistrate's Report and Recommendation (Doc. 12) and this matter is now ripe for this Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objection (Doc. 12) is not well-taken and is **OVERRULED**.

The Court **ADOPTS** the Magistrate's Report and Recommendation (Doc. 11) in its entirety and, pursuant to 28 U.S.C. § 1915(e)(2)(B), **DISMISSES** the Plaintiff's Complaint (Doc. 10) with prejudice. The Court further **CERTIFIES** under 28 U.S.C. § 1915(a) that any appeal of this Order shall not be taken in good-faith and the Plaintiff shall be denied leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997). Accordingly, Plaintiff's Motion to Correct Inadvertent Clerical Error (Doc. 13) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND